UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| CHRISTOPHER POSHPECK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:19-cv-00180-LEW |
| HANNAFORD BROS. CO., LLC, | ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned action is dismissed with prejudice.  All rights to appeal are hereby waived.  All parties are to bear their own costs, expenses, and attorney's fees.

This 26th day of December, 2019.

| | |
|---|---|
| /s/ Samuel S. Riotte | /s/ Timothy J. O'Brien |
| Samuel S. Riotte, Esq. | Timothy J. O'Brien, Esq. (Bar No. 3799) |
| McTEAGUE HIGBEE | Libby O'Brien Kingsley & Champion, LLC |
| Four Union Park | 62 Portland Road, Suite 17 |
| P.O. Box 5000 | Kennebunk, ME 04043 |
| Topsham, ME 04086 | Telephone: (207) 985-1815 |
| (207) 725-5581 | tobrien@lokllc.com |
| sriotte@mcteaguehigbee.com | |
| *Counsel to Plaintiff* | Tyler S. Laughinghouse, Esq. (*pro hac vice*) |
| | Hunton Andrews Kurth LLP |
| | 951 E. Byrd Street |
| | Richmond, Virginia 23219 |
| | (T) 804.788.7309 |
| | (F) 804.343.4664 |
| | tlaughinghouse@huntonAK.com |
| | |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

      I, Samuel S. Riotte, hereby certify that on December 26, 2019, I electronically filed Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following: Timothy J. O'Brien, Esq. at tobrien@lokllc.com, and Tyler S. Laughinghouse, Esq. at tlaughinghouse@hunton.com.

                                          */s/ Samuel S. Riotte*
                                          Samuel S. Riotte
                                          McTEAGUE HIGBEE
                                          Four Union Park
                                          P.O. Box 5000
                                          Topsham, ME 04086
                                          (207) 725-5581
                                          sriotte@mcteaguehigbee.com